RECEIVED
IN LAKE CHARLES, LA.

JUN 24 2010

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEBRA M. SULLIVAN RAMIREZ** | : | **DOCKET NO. 2:09 CV 1713** |
| **VS.** | : | **JUDGE MINALDI** |
| **STEPHEN J. GUILLORY ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's Motion for Extension of Time to Take a Default be **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's complaint be **DISMISSED** for lack of subject matter jurisdiction.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of June, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE